UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

TRUSTEES OF THE STEAMFITTERS' LOCAL
UNION NO. 638 WELFARE FUND, PENSION
FUND, SUPPLEMENTAL RETIREMENT FUND,
EDUCATIONAL FUND, VACATION FUND,
SECURITY BENEFIT FUND, and INDUSTRY
PROMOTION FUND, et al.,

               Plaintiffs,

       - against -

NEXUS MECHANICAL, INC.,

               Defendant.

------------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 0 3 2011 ★

BROOKLYN OFFICE

**ORDER**
08-CV-3214(RRM)(MDG)

**MAUSKOPF, United States District Judge:**

By motion filed December 9, 2008, Plaintiff moved to for default judgment as to Defendant

Nexus Mechanical, Inc. [Doc. No. 5.] By Order entered January 14, 2009 this Court referred that

motion to the assigned Magistrate Judge, the Honorable Marilyn D. Go, for a Report and

Recommendation. On July 1, 2010, Judge Go issued a Report and Recommendation (the "R&R")

[Doc. No. 19] recommending that the Court strike the answer of Defendant Nexus Mechanical, Inc.,

and grant Plaintiff's motion. Judge Go reminded the parties that, pursuant to Rule 72(b), any

objection to the R&R was due July 19, 2010. No party has filed any objection.

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, concurs with the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Accordingly, Plaintiff's motion for default judgment [Doc. No. 5] is GRANTED. The Clerk of Court shall enter judgment accordingly, and close this case.

SO ORDERED.

Dated: Brooklyn, New York
      March 2, 2011

s/Roslynn R. Mauskopf

ROSLYNN R. MAUSKOPF
United States District Judge