UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRUSTEES OF THE STEAMFITTERS' LOCAL
UNION NO. 638 WELFARE FUND, PENSION
FUND, SUPPLEMENTAL RETIREMENT
FUND, EDUCATIONAL FUND, VACATION
FUND, SECURITY BENEFIT FUND AND
INDUSTRY PROMOTION FUND and JOHN J.
TORPEY, as President of Steamfitters' Local
Union No. 638 of The United Association of
Journeymen and Apprentices of the Plumbing and
Pipe Fitting Industry of The United States and
Canada,

**JUDGMENT**
08-CV-3214 (RRM) (MDG)

          Plaintiffs,

  - against -

NEXUS MECHANICAL, INC.,

          Defendant.
-----------------------------------------------------------X

       An Order of the undersigned having been filed this day, adopting the March 13, 2014, Report and Recommendation of Magistrate Judge Marilyn D. Go, and awarding the plaintiffs a default judgment against the defendant, it is hereby

       ORDERED, ADJUDGED, and DECREED that the plaintiffs take from defendant the total amount of $1,728,299.45, representing (a) $795,780.41 in unpaid contributions and dues; (b) $758,697.61 in pre-judgment interest on the unpaid contributions, through March 31, 2014, with interest accruing thereafter at a per diem rate of $312.15 until entry of judgment; (c) $151,664.77 in liquidated damages; (d) $12,500 in administrative fees;

1

$9,220.20 in attorneys' fees; and (f) $436.46 in court costs; together with (g) any post-judgment interest.

Dated: Brooklyn, New York  
      April 2, 2014

*Roslynn R. Mauskopf*  
_____  
ROSLYNN R. MAUSKOPF  
United States District Judge